IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT AGAINST JAMES HERBERT SALAC, TITLE 18, U.S.C. § 2252, TITLE 18, U.S.C. § 2252(A) | Mag. No. 21-121-N<br><br>**Filed Under Seal** |

## AFFIDAVIT

### INTRODUCTION

I, Michael V. Burton (hereafter Affiant), being duly sworn, hereby depose and say:

1. Affiant makes this affidavit in support of criminal complaint.

2. Affiant has been employed as a Special Agent of the Federal Bureau of Investigation since November 2012. While assigned to the FBI, Affiant has investigated and assisted with investigating federal criminal violations related to high technology or cyber crime, child exploitation, and child pornography, violent incident crimes, gang investigations, narcotics investigations, and counter terrorism. Affiant has gained experience through extensive investigations of violent incident crimes and has working experience in working crimes against children. Affiant is a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A(a)(2), and is authorized by the Attorney General of the United States to request this arrest warrant.

3. Affiant respectfully submits that there is probable cause to believe that JAMES HERBERT SALAC has violated 18 U.S.C. § 2252A(a)(2) (Distribution of Child Pornography). Affiant tenders this affidavit in support of a criminal complaint and application authorizing an arrest warrant of James Herbert Salac, DOB: 07/01/1963, SSN: 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, Address: 14550 Loxley Heights Rd W Apt D, Loxley, AL 36551.

1

4. The statements contained in this affidavit are based in part on:

    a. Information provided by FBI Special Agents;

    b. Written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents;

    c. My training and experience as a Special Agent with the FBI.

5. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## RELEVANT STATUTES

6. 18 U.S.C. 2252A(a)(2) prohibits knowingly receiving or distributing any child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

7. The following definitions apply to this Affidavit and attachments hereto:

    a. ""Chat" refers to any kind of communication over the Internet that offers a real-time transmission of text messages from sender to receiver. Chat messages are generally short in order to enable other participants to respond quickly and in a format that resembles an oral conversation. This feature distinguishes chatting from other text-based online communications such as Internet forums and email.

2

b.  "Minor" means any person under the age of eighteen years. See 18 U.S.C. § 2256(1).

**BACKGROUND OF THE INVESTIGATION AND PROBABLE CAUSE**

8. An FBI OCE in the FBI's Atlanta Field Office was in communication on the KiK application from November 2019 until September 2020 with an individual using the username of "jdash1963". Using KiK direct messaging chats the individual with the username "jdash1963" sent the Atlanta OCE a total of 25 videos and 13 still images of Child Sexual Assault Material (CSAM). Below are descriptions of three of the videos.

> Video 1: Described as IMG_1485.mp4, a 1 minute and 44 second video depicts a nude prepubescent female kneeling between the knees of a nude adult male with an erect penis. The prepubescent female begins to perform oral sex on the adult male by inserting the erect penis in her mouth while manually stimulating the man's penis with one or both hands. This continues through the entirety until it appears the male ejaculates directly into the prepubescent females mouth at which point the video ends.
>
> Video 2: Described as IMG_0929.mp4, a 31 second video depicts a nude prepubescent female laying on her back on what appears to be a couch or bed covered in blankets. A nude male is on his knees and is engaged in vaginal intercourse with the prepubescent female through the entirety of the video.
>
> Video 3: Described as IMG_1051.mp4, a one minute and 47 second video depicts a nude prepubescent female laying on her back in what appears to be a bed. In addition to the prepubescent female, there are three males shown from the belly down. Male 1 is completely nude and is engaged in vaginal intercourse with the prepubescent female.

3

Male 2 is wearing a white T-shirt and gray underwear with his erect penis exposed through the opening in the underwear. Male 2 is holding the prepubescent female by the head and hair and is forcing his penis into the mouth of the prepubescent female, as she performs oral sex on him. Male 3 is wearing a black T-Shirt and is nude from the waist down. Male 3 is fondling the prepubescent female's breasts while masturbating. At the 51 second point, it appears Male 1 ejaculates inside the vagina and on the body of the prepubescent female. At 1 minute 15 second an additional fully nude male, Male 4 appears in the video. Male 4 is distinguishable as he is wearing a condom. Male 4 engages in vaginal intercourse with the prepubescent female. At this point the video shows the prepubescent female now performing oral sex on Male 3 while Male 4 has vaginal intercourse with her as Male 2 is fondling the prepubescent female's breasts while masturbating.

9. The FBI submitted a subpoena to KiK requesting subscriber data for the account "jdash1963". The response from KiK identified consistent IP addresses logging into this account resolving to CenturyLink.

10. The FBI submitted a subpoena to CenturyLink requesting subscriber information for IP addresses found logging into this KiK account associated with "jdash1963". CenturyLink provided the subscriber as James Salac, with an address of 14550 Loxley Heights Road W, Unit D, Loxley, AL.

## **CONCLUSION**

11. Based on the foregoing, Affiant respectively submits there is probable cause to believe that JAMES HERBERT SALAC, has taken substantial steps distribute child

4

pornography in violation of 18 U.S.C. 2252A(a)(2).

_____
Michael V. Burton
Special Agent, FBI
Federal Bureau of Investigation


THE ABOVE AGENT HAS ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(B) THIS ___ DAY OF JULY 2017

Digitally signed by U.S. Magistrate Judge Katherine P. Nelson
Date: 2021.07.29 13:59:13 -05'00'

_____
**KATHRINE NELSON**
UNITED STATES MAGISTRATE JUDGE

5